UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRONX MIRACLE GOSPEL TABERNACLE
WORD OF FAITH MINISTRIES INC, *et al.*,

                              Plaintiffs,

                  -against-

DEBORAH J. PIAZZA, *et al.*,

                              Defendants.

21-CV-1622 (CM)

ORDER

---

COLLEEN McMAHON, Chief United States District Judge:

By order dated March 2, 2021, the Court directed Plaintiffs Keith Elijah Thompson, Yvonne Mae Thompson, and Jeannette Y. Brown, within thirty days, each to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of their claims. Plaintiffs have not filed IFP applications or paid the fee. Accordingly, the claims brought on behalf of Keith Elijah Thompson, Yvonne Mae Thompson, and Jeannette Y. Brown are dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The claims brought by Plaintiff Bernel Arthur Richardson will proceed.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 8, 2021
          New York, New York

_____
COLLEEN McMAHON

_____
Chief United States District Judge