| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| BRONX MIRACLE GOSPEL TABERNACLE<br>WORD OF FAITH MINISTRIES, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>DEBORAH J. PIAZZA, et al.,<br><br>                Defendants. | 21-CV-1622 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice as to any claims asserted on behalf of Plaintiff Bronx Miracle Gospel Tabernacle Word of Faith Ministries and nonparties, and dismissed for failure to state a claim as to the claims asserted by the individual Plaintiffs.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 1, 2021
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                           Chief United States District Judge